■ In the Matter of STEVEN ADLER, ESQ., an Attorney. [757 NYS2d 840] —Respondent's motion for a stay of the effective date

of his suspension (*see* M-3496/M-4089/M-4825 [Feb. 4, 2003]) granted until March 6, 2003, as indicated. No opinion. Concur—Andrias, J.P., Saxe, Buckley, Friedman and Marlow, JJ.